163 A.3d 278

IN THE MATTER OF SALVATORE DE LELLO, AN ATTORNEY
AT LAW (ATTORNEY NO. 013241983)

June 21, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–139, concluding that **SALVATORE DE LELLO** of **PISCATAWAY**, who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.9(a)(conflict of interest), *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And the Court having determined from its review of the matter that the charge of violating *RPC* 8.4(b) should be dismissed for lack of clear and convincing evidence and that a censure is the

appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **SALVATORE DE LELLO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.